UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: FRANKSON, SAMUEL L § Case No. 14-45481-ABG
FRANKSON, HOLLY L. §
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 23, 2014. The undersigned trustee was appointed on December 23, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $            13,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 3.92 |
   | Bank service fees | 301.91 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]  $ | 12,694.17 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/09/2015 and the deadline for filing governmental claims was 06/21/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,050.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,050.00, for a total compensation of $2,050.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/08/2017            By: /s/ILENE F. GOLDSTEIN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-45481-ABG  
**Case Name:** FRANKSON, SAMUEL L  
FRANKSON, HOLLY L.  
**Period Ending:** 08/08/17

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 12/23/14 (f)  
**§341(a) Meeting Date:** 01/22/15  
**Claims Bar Date:** 10/09/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Marital Residence 662 Iris Court Lake Villa, Ill<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 330,000.00 | 0.00 | | 0.00 | FA |
| 2 | Rental Property 927 Martingale Lane Round Lake,<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 95,000.00 | 0.00 | | 0.00 | FA |
| 3 | Deposits of Money (Consumers Credit Union)<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 4 | Deposits of Money (Chase Bank)<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 200.00 | | 0.00 | FA |
| 5 | Deposits of Money (Chase Bank)<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 6 | Couch, Chair, Television and Electronics<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 900.00 | 0.00 | | 0.00 | FA |
| 7 | Bedroom Sets, Diningroom Set, Washer and Dryer<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,100.00 | 0.00 | | 0.00 | FA |
| 8 | Stove, Refrigerator, Microwave, Freezer and Dish<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | Wearing Apparel<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Jewelry<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 11 | Desktop Computer<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 12 | Life Insurance Cash Surrender Value (Country Fin | 3,221.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-45481-ABG  
**Case Name:** FRANKSON, SAMUEL L  
FRANKSON, HOLLY L.  
**Period Ending:** 08/08/17

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 12/23/14 (f)  
**§341(a) Meeting Date:** 01/22/15  
**Claims Bar Date:** 10/09/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | |
| 13 | Life Insurance Cash Surrender Value (Country Fin<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,467.00 | 0.00 | | 0.00 | FA |
| 14 | 401(k) Plan (Principal Financial)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 7,000.00 | 6,900.00 | | 0.00 | FA |
| 15 | Pension<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 16 | Safety Trainers, Inc. (liabilities exceed assets<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 17 | Frankson Safety Courses, Inc. (liabilities excee<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 18 | 2014 Nissan Altima (10,000 miles) (Lease)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 8,500.00 | 0.00 | | 0.00 | FA |
| 19 | 2014 Chevrolet Traverse (2,500 miles)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 32,500.00 | 0.00 | | 0.00 | FA |
| 20 | 2003 Searay Sundeck 220<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 20,000.00 | 13,000.00 | | 13,000.00 | FA |
| 20  Assets   Totals (Excluding unknown values) | **$504,348.00** | **$20,100.00** | | **$13,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS:  THE TRUSTEE UNCOVERED A BOAT WITH AN UNPERFECTED LIEN.  THE BOAT HAD BEEN SOLD TO A THIRD PARTY WHO STILL OWED MONEY AND TITLE HAD NOT TRANSFERRED.  THE TRUSTEE FILED A COMPLAINT FOR TURNOVER AT WHICH TIME THE THIRD PARTY OFFERED A SETTLEMENT WHICH IS UP FOR APPROVAL ON JANUARY 8, 2016.

sTATUS jANUARY 2017 THE TRUSTEE HAD TO ENGAGE IN LITIGATION IN ORDER TO RESOLVE A FAILED PURCHASE OF AN ASSET OF THE

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 14-45481-ABG  
**Case Name:** FRANKSON, SAMUEL L  
FRANKSON, HOLLY L.  
**Period Ending:** 08/08/17

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 12/23/14 (f)  
**§341(a) Meeting Date:** 01/22/15  
**Claims Bar Date:** 10/09/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

BANKRUPTCY ESTATE OF A BOAT. fINALLY THE TRUSTEE WAS ABLE TO RESOLVE THE LITIGATION THROUGH THE PAYMENT OF THE AGREED UPON SUM WHICH AFTER NUMEROUS HEARINGS FINALLY WAS RESOLVED IN aUGUST 2016. aFTER MEETING WITH THE ACCOUNTANTS TO DETERMINE POTENTIAL TAX LIABILITY THE TRUSTEE IS NOW CLOSING THE ESTATE

**Initial Projected Date Of Final Report (TFR):**     December 31, 2016     **Current Projected Date Of Final Report (TFR):**     June 30, 2017

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 14-45481-ABG | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** FRANKSON, SAMUEL L | **Bank Name:** Rabobank, N.A. |
| FRANKSON, HOLLY L. | **Account:** ******0866 - Checking Account |
| **Taxpayer ID #:** **-***4492 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 08/08/17 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/15/16 | {20} | Linnae & Michael Rutkowski | Acct #1; Payment #0; Sale of personal property | 1129-000 | 3,000.00 | | 3,000.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,990.00 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,980.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,970.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,960.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,950.00 |
| 06/17/16 | | Michael Rutkowski/ Consumers Credit Union | Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Sal of Pesonal Property | | 10,000.00 | | 12,950.00 |
| | {20} | | Acct #1; Payment #1; 1,000.00 Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Sal of Pesonal Property | 1129-002 | | | 12,950.00 |
| | {20} | | Acct #1; Payment #10; 1,000.00 Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Sal of Pesonal Property | 1129-002 | | | 12,950.00 |
| | {20} | | Acct #1; Payment #2; 1,000.00 Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Sal of Pesonal Property | 1129-002 | | | 12,950.00 |
| | {20} | | Acct #1; Payment #3; 1,000.00 Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, | 1129-002 | | | 12,950.00 |

Subtotals : $13,000.00 $50.00

{} Asset reference(s)                                        Printed: 08/08/2017 12:18 PM    V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 14-45481-ABG | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | FRANKSON, SAMUEL L | | Bank Name: | Rabobank, N.A. |
| | FRANKSON, HOLLY L. | | Account: | ******0866 - Checking Account |
| Taxpayer ID #: | **-***4492 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/08/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Sal of Pesonal Property | | | | | |
| | {20} | | Acct #1; Payment #4; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Sal of Pesonal Property | 1,000.00 | 1129-002 | | | 12,950.00 |
| | {20} | | Acct #1; Payment #5; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Sal of Pesonal Property | 1,000.00 | 1129-002 | | | 12,950.00 |
| | {20} | | Acct #1; Payment #6; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Sal of Pesonal Property | 1,000.00 | 1129-002 | | | 12,950.00 |
| | {20} | | Acct #1; Payment #7; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Sal of Pesonal Property | 1,000.00 | 1129-002 | | | 12,950.00 |
| | {20} | | Acct #1; Payment #8; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, | 1,000.00 | 1129-002 | | | 12,950.00 |

Subtotals :    $0.00    $0.00

{} Asset reference(s)    Printed: 08/08/2017 12:18 PM    V.13.30

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-45481-ABG | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** FRANKSON, SAMUEL L | **Bank Name:** Rabobank, N.A. |
| FRANKSON, HOLLY L. | **Account:** ******0866 - Checking Account |
| **Taxpayer ID #:** **-***4492 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 08/08/17 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Sal of Pesonal Property | | | | |
| | {20} | | Acct #1; Payment #9;     1,000.00 Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Sal of Pesonal Property | 1129-002 | | | 12,950.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 12,940.00 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.94 | 12,922.06 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.38 | 12,901.68 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.50 | 12,883.18 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.86 | 12,865.32 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.68 | 12,845.64 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.42 | 12,827.22 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.67 | 12,807.55 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.19 | 12,790.36 |
| 03/02/17 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-45481 Voided on 03/02/17 | 2300-000 | | 3.91 | 12,786.45 |
| 03/02/17 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-45481 Voided: check issued on 03/02/17 | 2300-000 | | -3.91 | 12,790.36 |
| 03/02/17 | 102 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-45481 Voided on 03/02/17 | 2300-000 | | 3.92 | 12,786.44 |
| 03/02/17 | 102 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-45481 Voided: check issued on 03/02/17 | 2300-000 | | -3.92 | 12,790.36 |
| 03/02/17 | 103 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE | 2300-000 | | 3.92 | 12,786.44 |

Subtotals :     $0.00     $163.56

{} Asset reference(s)          Printed: 08/08/2017 12:18 PM     V.13.30

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| | |
|---|---|
| **Case Number:** 14-45481-ABG | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** FRANKSON, SAMUEL L | **Bank Name:** Rabobank, N.A. |
| FRANKSON, HOLLY L. | **Account:** ******0866 - Checking Account |
| **Taxpayer ID #:** **-***4492 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 08/08/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #14-45481, Bond | | | | |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.00 | 12,767.44 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.13 | 12,750.31 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.17 | 12,730.14 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.30 | 12,711.84 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.67 | 12,694.17 |
| | | | **ACCOUNT TOTALS** | | 13,000.00 | 305.83 | **$12,694.17** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 13,000.00 | 305.83 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,000.00** | **$305.83** | |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0866** | 13,000.00 | 305.83 | 12,694.17 |
| | **$13,000.00** | **$305.83** | **$12,694.17** |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　Printed: 08/08/2017 12:18 PM　　V.13.30

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 9, 2015

**Case Number:** 14-45481-ABG  
**Debtor Name:** FRANKSON, SAMUEL L

Page: 1

**Date:** August 8, 2017  
**Time:** 12:18:04 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $2,050.00 | $0.00 | 2,050.00 |
| 200 | Clerk of the United States Bankruptcy Court<br>219 S. Dearborn<br>7th Floor | Admin Ch. 7 | | $350.00 | $0.00 | 350.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $4,235.00 | $0.00 | 4,235.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $37.52 | $0.00 | 37.52 |
| 1<br>610 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | History: Details1-107/14/2015Claim #1 filed by Discover Bank, Amount claimed: $18685.97 (Dingus, Mandy )<br>---------------------------------------------------------------------------* * * | $18,685.97 | $0.00 | 18,685.97 |
| 2<br>610 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | History: Details2-107/31/2015Claim #2 filed by Capital One Bank (USA), N.A., Amount claimed: $6060.41 (Matchett, Amanda )<br>---------------------------------------------------------------------------* * * | $6,060.41 | $0.00 | 6,060.41 |
| 3<br>610 | Wells Fargo Financial National Bank<br>Wells Fargo Bank, N.A.<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Unsecured | History: Details3-108/06/2015Claim #3 filed by Wells Fargo Financial National Bank, Amount claimed: $4264.68 (Lindley, Tiffany )<br>---------------------------------------------------------------------------* * *<br>Claim Amended to Unsecured | $4,264.68 | $0.00 | 4,264.68 |
| 4<br>610 | Wells Fargo Financial National Bank<br>Wells Fargo Bank, N.A.<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Unsecured | History: Details4-108/06/2015Claim #4 filed by Wells Fargo Financial National Bank, Amount claimed: $3593.97 (Lindley, Tiffany )<br>---------------------------------------------------------------------------* * *<br>Claim Amended to Unsecured | $3,593.97 | $0.00 | 3,593.97 |
| 5<br>610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | History: Details5-109/03/2015Claim #5 filed by Capital Recovery V, LLC, Amount claimed: $9148.12 (Singh, Ramesh )<br>---------------------------------------------------------------------------* * * | $9,148.12 | $0.00 | 9,148.12 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 9, 2015

**Case Number:** 14-45481-ABG  
**Debtor Name:** FRANKSON, SAMUEL L

Page: 2

**Date:** August 8, 2017  
**Time:** 12:18:04 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6<br>610 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | History: Details6-109/14/2015Claim #6 filed by American Express Bank, FSB, Amount claimed: $23850.63 (Brown, Lynn )<br>--------------------------------------------------------------------------* * * | $23,850.63 | $0.00 | 23,850.63 |
| 7<br>610 | Consumers Credit Union<br>1075 Tri-State Parkway<br>Gurnee, IL 60031 | Unsecured | History: Details7-109/22/2015Claim #7 filed by Consumers Credit Union, Amount claimed: $18828.52 (Ruddy, John )<br><br>Amended to change from secured to unsecured 08/07/2017<br><br>Claim Amended to Unsecured<br><br>--------------------------------------------------------------------------* * * | $19,828.52 | $0.00 | 19,828.52 |
| 8<br>620 | Consumers Credit Union<br>1075 Tri-State Parkway<br>Gurnee, IL 60031 | Unsecured | History: Details8-108/04/2017Claim #8 filed by Consumers Credit Union, Amount claimed: $19828.52 (Ruddy, John )<br>--------------------------------------------------------------------------* * *Claim filed in error should have been amendeing claim number 7 which has been done<br><br>Late and duplicate | $19,828.52 | $0.00 | 19,828.52 |
| **<< Totals >>** | | | | 111,933.34 | 0.00 | 111,933.34 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-45481-ABG
Case Name: FRANKSON, SAMUEL L
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:** $ 12,694.17

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 12,694.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 2,050.00 | 0.00 | 2,050.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 4,235.00 | 0.00 | 4,235.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 37.52 | 0.00 | 37.52 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |

Total to be paid for chapter 7 administration expenses: $ 6,672.52
Remaining balance: $ 6,021.65

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,021.65

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $            0.00
Remaining balance:                       $        6,021.65

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 85,432.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 18,685.97 | 0.00 | 1,317.08 |
| 2 | Capital One Bank (USA), N.A. | 6,060.41 | 0.00 | 427.16 |
| 3 | Wells Fargo Financial National Bank | 4,264.68 | 0.00 | 300.59 |
| 4 | Wells Fargo Financial National Bank | 3,593.97 | 0.00 | 253.32 |
| 5 | Capital Recovery V, LLC | 9,148.12 | 0.00 | 644.80 |
| 6 | American Express Bank, FSB | 23,850.63 | 0.00 | 1,681.10 |
| 7 | Consumers Credit Union | 19,828.52 | 0.00 | 1,397.60 |

Total to be paid for timely general unsecured claims:   $        6,021.65
Remaining balance:                                       $            0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 19,828.52 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Consumers Credit Union | 19,828.52 | 0.00 | 0.00 |
| | Total to be paid for tardy general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |
| | Total to be paid for subordinated claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**