UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

In re:                                              )
                                                    )
**FRANKSON, SAMUEL L**                              )   Bankruptcy Case No. 14-45481 ABG
**FRANKSON, HOLLY L.**                              )   Chapter 7
                                                    )
Debtor(s).                                          )

## CERTIFICATE OF SERVICE

     The undersigned certifies that on August 18, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

     FRANKSON, SAMUEL L
     FRANKSON, HOLLY L.
     662 IRIS COURT
     LAKE VILLA, IL 60046

     JAMES T. MAGEE
     MAGEE, NEGELE & ASSOCIATES
     444 NORTH CEDAR LAKE ROAD
     ROUND LAKE, IL 60073

     LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
     900 Skokie Blvd
     Suite 128
     Northbrook, IL 60062

     Clerk of the United States Bankruptcy Court
     219 S. Dearborn
     7th Floor
     Chicago, IL 60604

1     Discover Bank
     Discover Products Inc
     PO Box 3025
     New Albany, OH 43054-3025

| | |
|---|---|
| 2 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| 3 | Wells Fargo Financial National Bank<br>Wells Fargo Bank, N.A.<br>PO Box 10438<br>Des Moines, IA 50306-0438 |
| 4 | Wells Fargo Financial National Bank<br>Wells Fargo Bank, N.A.<br>PO Box 10438<br>Des Moines, IA 50306-0438 |
| 5 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 |
| 6 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| 7 | Consumers Credit Union<br>1075 Tri-State Parkway<br>Gurnee, IL 60031 |
| 8 | Consumers Credit Union<br>1075 Tri-State Parkway<br>Gurnee, IL 60031 |

/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402