# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: FRANKSON, SAMUEL L <br>       FRANKSON, HOLLY L. <br><br> Debtor(s) | § Case No. 14-45481 <br> § <br> § <br> § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $484,348.00                    Assets Exempt: $46,248.00
(without deducting any secured claims)

Total Distribution to Claimants: $6,021.65       Claims Discharged
                                                 Without Payment: $99,239.17

Total Expenses of Administration: $6,978.35
```

    3) Total gross receipts of $ 13,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $13,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,978.35 | 6,978.35 | 6,978.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 105,260.82 | 105,260.82 | 6,021.65 |
| **TOTAL DISBURSEMENTS** | $0.00 | $112,239.17 | $112,239.17 | $13,000.00 |

4) This case was originally filed under Chapter 7 on December 23, 2014. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/19/2017            By: /s/ILENE F. GOLDSTEIN
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2003 Searay Sundeck 220 | 1129-000 | 13,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$13,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ILENE F. GOLDSTEIN | 2100-000 | N/A | 2,050.00 | 2,050.00 | 2,050.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Attorney for Trustee Fees (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3110-000 | N/A | 4,235.00 | 4,235.00 | 4,235.00 |
| Attorney for Trustee Expenses (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3120-000 | N/A | 37.52 | 37.52 | 37.52 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | Scheduled | Asserted | Allowed | Paid |
|---|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 17.94 | 17.94 | 17.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 20.38 | 20.38 | 20.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 18.50 | 18.50 | 18.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 17.86 | 17.86 | 17.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 19.68 | 19.68 | 19.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 18.42 | 18.42 | 18.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 19.67 | 19.67 | 19.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 17.19 | 17.19 | 17.19 |
| Other - Inrternational Sureties, Ltd | 2300-000 | N/A | | 3.92 | 3.92 | 3.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 19.00 | 19.00 | 19.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 17.13 | 17.13 | 17.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 20.17 | 20.17 | 20.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 18.30 | 18.30 | 18.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | | 17.67 | 17.67 | 17.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $6,978.35 | $6,978.35 | $6,978.35 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 18,685.97 | 18,685.97 | 1,317.08 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 6,060.41 | 6,060.41 | 427.16 |
| 3 | Wells Fargo Financial National Bank | 7100-000 | N/A | 4,264.68 | 4,264.68 | 300.59 |
| 4 | Wells Fargo Financial National Bank | 7100-000 | N/A | 3,593.97 | 3,593.97 | 253.32 |
| 5 | Capital Recovery V, LLC | 7100-000 | N/A | 9,148.12 | 9,148.12 | 644.80 |
| 6 | American Express Bank, FSB | 7100-000 | N/A | 23,850.63 | 23,850.63 | 1,681.10 |
| 7 | Consumers Credit Union | 7100-000 | N/A | 19,828.52 | 19,828.52 | 1,397.60 |
| 8 | Consumers Credit Union | 7200-000 | N/A | 19,828.52 | 19,828.52 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $105,260.82 | $105,260.82 | $6,021.65 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-45481  
**Case Name:** FRANKSON, SAMUEL L  
FRANKSON, HOLLY L.  
**Period Ending:** 10/19/17

**Trustee:** (330290)  ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 12/23/14 (f)  
**§341(a) Meeting Date:** 01/22/15  
**Claims Bar Date:** 10/09/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Marital Residence 662 Iris Court Lake Villa, Ill<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 330,000.00 | 0.00 | | 0.00 | FA |
| 2  Rental Property 927 Martingale Lane Round Lake,<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 95,000.00 | 0.00 | | 0.00 | FA |
| 3  Deposits of Money (Consumers Credit Union)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 4  Deposits of Money (Chase Bank)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 400.00 | 200.00 | | 0.00 | FA |
| 5  Deposits of Money (Chase Bank)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 6  Couch, Chair, Television and Electronics<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 900.00 | 0.00 | | 0.00 | FA |
| 7  Bedroom Sets, Diningroom Set, Washer and Dryer<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,100.00 | 0.00 | | 0.00 | FA |
| 8  Stove, Refrigerator, Microwave, Freezer and Dish<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 9  Wearing Apparel<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 10  Jewelry<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 11  Desktop Computer<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 12  Life Insurance Cash Surrender Value (Country Fin | 3,221.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-45481  
**Case Name:** FRANKSON, SAMUEL L  
FRANKSON, HOLLY L.  
**Period Ending:** 10/19/17

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 12/23/14 (f)  
**§341(a) Meeting Date:** 01/22/15  
**Claims Bar Date:** 10/09/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | Life Insurance Cash Surrender Value (Country Fin<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,467.00 | 0.00 | | 0.00 | FA |
| 14 | 401(k) Plan (Principal Financial)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 7,000.00 | 6,900.00 | | 0.00 | FA |
| 15 | Pension<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 16 | Safety Trainers, Inc. (liabilities exceed assets<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 17 | Frankson Safety Courses, Inc. (liabilities excee<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 18 | 2014 Nissan Altima (10,000 miles) (Lease)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 8,500.00 | 0.00 | | 0.00 | FA |
| 19 | 2014 Chevrolet Traverse (2,500 miles)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 32,500.00 | 0.00 | | 0.00 | FA |
| 20 | 2003 Searay Sundeck 220<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 20,000.00 | 13,000.00 | | 13,000.00 | FA |
| 20 | **Assets Totals** (Excluding unknown values) | **$504,348.00** | **$20,100.00** | | **$13,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS:  THE TRUSTEE UNCOVERED A BOAT WITH AN UNPERFECTED LIEN.  THE BOAT HAD BEEN SOLD TO A THIRD PARTY WHO STILL OWED MONEY AND TITLE HAD NOT TRANSFERRED.  THE TRUSTEE FILED A COMPLAINT FOR TURNOVER AT WHICH TIME THE THIRD PARTY OFFERED A SETTLEMENT WHICH IS UP FOR APPROVAL ON JANUARY 8, 2016.

sTATUS jANUARY 2017 THE TRUSTEE HAD TO ENGAGE IN LITIGATION IN ORDER TO RESOLVE A FAILED PURCHASE OF AN ASSET OF THE

Printed: 10/19/2017 07:10 PM    V.13.30

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-45481  
**Case Name:** FRANKSON, SAMUEL L  
FRANKSON, HOLLY L.  
**Period Ending:** 10/19/17

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 12/23/14 (f)  
**§341(a) Meeting Date:** 01/22/15  
**Claims Bar Date:** 10/09/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

BANKRUPTCY ESTATE OF A BOAT. fINALLY THE TRUSTEE WAS ABLE TO RESOLVE THE LITIGATION THROUGH THE PAYMENT OF THE AGREED UPON SUM WHICH AFTER NUMEROUS HEARINGS FINALLY WAS RESOLVED IN aUGUST 2016. aFTER MEETING WITH THE ACCOUNTANTS TO DETERMINE POTENTIAL TAX LIABILITY THE TRUSTEE IS NOW CLOSING THE ESTATE

**Initial Projected Date Of Final Report (TFR):**   December 31, 2016   **Current Projected Date Of Final Report (TFR):**   June 30, 2017

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-45481 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | FRANKSON, SAMUEL L | | Bank Name: | Rabobank, N.A. |
| | FRANKSON, HOLLY L. | | Account: | ******0866 - Checking Account |
| Taxpayer ID #: | **-***4492 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/19/17 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/15/16 | {20} | Linnae & Michael Rutkowski | Acct #1; Payment #0; Sale of personal property | 1129-000 | 3,000.00 | | 3,000.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,990.00 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,980.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,970.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,960.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,950.00 |
| 06/17/16 | | Michael Rutkowski/ Consumers Credit Union | Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Sal of Pesonal Property | | 10,000.00 | | 12,950.00 |
| | {20} | | Acct #1; Payment #1; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Sal of Pesonal Property  1,000.00 | 1129-002 | | | 12,950.00 |
| | {20} | | Acct #1; Payment #10; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Sal of Pesonal Property  1,000.00 | 1129-002 | | | 12,950.00 |
| | {20} | | Acct #1; Payment #2; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Sal of Pesonal Property  1,000.00 | 1129-002 | | | 12,950.00 |
| | {20} | | Acct #1; Payment #3; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3,  1,000.00 | 1129-002 | | | 12,950.00 |

Subtotals :  $13,000.00  $50.00

{} Asset reference(s)  Printed: 10/19/2017 07:10 PM  V.13.30

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 14-45481 | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| **Case Name:** | FRANKSON, SAMUEL L | | **Bank Name:** | Rabobank, N.A. |
| | FRANKSON, HOLLY L. | | **Account:** | ******0866 - Checking Account |
| **Taxpayer ID #:** | **-***4492 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 10/19/17 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Sal of Pesonal Property | | | | |
| | {20} | | Acct #1; Payment #4; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Sal of Pesonal Property | 1,000.00    1129-002 | | | 12,950.00 |
| | {20} | | Acct #1; Payment #5; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Sal of Pesonal Property | 1,000.00    1129-002 | | | 12,950.00 |
| | {20} | | Acct #1; Payment #6; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Sal of Pesonal Property | 1,000.00    1129-002 | | | 12,950.00 |
| | {20} | | Acct #1; Payment #7; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Sal of Pesonal Property | 1,000.00    1129-002 | | | 12,950.00 |
| | {20} | | Acct #1; Payment #8; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, | 1,000.00    1129-002 | | | 12,950.00 |

Subtotals :    $0.00    $0.00

{} Asset reference(s)

Case 14-45481    Doc 67    Filed 11/16/17    Entered 11/16/17 15:41:24    Desc Main
Document      Page 11 of 13

Exhibit 9

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 14-45481  
**Case Name:** FRANKSON, SAMUEL L  
FRANKSON, HOLLY L.  
**Taxpayer ID #:** **-***4492  
**Period Ending:** 10/19/17

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Sal of Pesonal Property | | | | |
| | {20} | | Acct #1; Payment #9;    1,000.00<br>Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Acct #1; Payment #1, 10, 2, 3, 4, 5, 6, 7, 8, 9; Sal of Pesonal Property | 1129-002 | | | 12,950.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 12,940.00 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.94 | 12,922.06 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.38 | 12,901.68 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.50 | 12,883.18 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.86 | 12,865.32 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.68 | 12,845.64 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.42 | 12,827.22 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.67 | 12,807.55 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.19 | 12,790.36 |
| 03/02/17 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-45481<br>Voided on 03/02/17 | 2300-000 | | 3.91 | 12,786.45 |
| 03/02/17 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-45481<br>Voided: check issued on 03/02/17 | 2300-000 | | -3.91 | 12,790.36 |
| 03/02/17 | 102 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-45481<br>Voided on 03/02/17 | 2300-000 | | 3.92 | 12,786.44 |
| 03/02/17 | 102 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #14-45481<br>Voided: check issued on 03/02/17 | 2300-000 | | -3.92 | 12,790.36 |
| 03/02/17 | 103 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE | 2300-000 | | 3.92 | 12,786.44 |

Subtotals :        $0.00        $163.56

{} Asset reference(s)                                              Printed: 10/19/2017 07:10 PM    V.13.30

Page: 4

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-45481  
**Case Name:** FRANKSON, SAMUEL L  
FRANKSON, HOLLY L.  
**Taxpayer ID #:** \*\*-\*\*\*4492  
**Period Ending:** 10/19/17  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*0866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #14-45481, Bond | | | | |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.00 | 12,767.44 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.13 | 12,750.31 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.17 | 12,730.14 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.30 | 12,711.84 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.67 | 12,694.17 |
| 09/15/17 | 104 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $2,050.00, Trustee Compensation; Reference: | 2100-000 | | 2,050.00 | 10,644.17 |
| 09/15/17 | 105 | Clerk of the United States Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 350.00 | 10,294.17 |
| 09/15/17 | 106 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $4,235.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,235.00 | 6,059.17 |
| 09/15/17 | 107 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $37.52, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 37.52 | 6,021.65 |
| 09/15/17 | 108 | Discover Bank | Dividend paid 7.04% on $18,685.97; Claim# 1; Filed: $18,685.97; Reference: | 7100-000 | | 1,317.08 | 4,704.57 |
| 09/15/17 | 109 | Capital One Bank (USA), N.A. | Dividend paid 7.04% on $6,060.41; Claim# 2; Filed: $6,060.41; Reference: | 7100-000 | | 427.16 | 4,277.41 |
| 09/15/17 | 110 | Wells Fargo Financial National Bank | Dividend paid 7.04% on $4,264.68; Claim# 3; Filed: $4,264.68; Reference: | 7100-000 | | 300.59 | 3,976.82 |
| 09/15/17 | 111 | Wells Fargo Financial National Bank | Dividend paid 7.04% on $3,593.97; Claim# 4; Filed: $3,593.97; Reference: | 7100-000 | | 253.32 | 3,723.50 |
| 09/15/17 | 112 | Capital Recovery V, LLC | Dividend paid 7.04% on $9,148.12; Claim# 5; Filed: $9,148.12; Reference: | 7100-000 | | 644.80 | 3,078.70 |
| 09/15/17 | 113 | American Express Bank, FSB | Dividend paid 7.04% on $23,850.63; Claim# 6; Filed: $23,850.63; Reference: | 7100-000 | | 1,681.10 | 1,397.60 |
| 09/15/17 | 114 | Consumers Credit Union | Dividend paid 7.04% on $19,828.52; Claim# 7; Filed: $19,828.52; Reference: | 7100-000 | | 1,397.60 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,000.00 | 13,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 13,000.00 | 13,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,000.00** | **$13,000.00** | |

{} Asset reference(s)

Printed: 10/19/2017 07:10 PM V.13.30

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| **Case Number:** | 14-45481 | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| **Case Name:** | FRANKSON, SAMUEL L | | **Bank Name:** | Rabobank, N.A. |
| | FRANKSON, HOLLY L. | | **Account:** | ******0866 - Checking Account |
| **Taxpayer ID #:** | **-***4492 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 10/19/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******0866** | 13,000.00 | 13,000.00 | 0.00 |
| | $13,000.00 | $13,000.00 | $0.00 |

{} Asset reference(s)

Printed: 10/19/2017 07:10 PM     V.13.30